# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YONG GUO,<br><br>             Petitioner,<br><br>     v.<br><br>UNITED STATES,<br><br>             Respondent. | CASE NO. C18-1055-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Petitioner Yong Guo's Motion for Leave to Proceed In Forma Pauperis. (Dkt. No. 6.) There is no filing fee for a petition filed under 28 U.S.C. § 2255. See LCR 100(d), LCR 3. Accordingly, the Court DENIES the request as moot.

The clerk is ordered to provide copies of this order to all counsel.

Filed August 1, 2018.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk