# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| YONG GUO,<br><br>                Petitioner,<br><br>    v.<br><br>UNITED STATES,<br><br>                Respondent. | CASE NO. C18-1055-MJP<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: This matter comes before the Court on Petitioner's Request for Service of the United States' Response. (Dkt. No. 16.) The United States filed its response to Petitioner's 28 U.S.C. § 2255 Motion on August 28, 2018. (Dkt. No. 15.) However, the Certificate of Service indicates that the response was served only upon "the attorney(s) of record for the defendant(s)." Petitioner is proceeding pro se in this case, and indicates that he has yet to receive a copy of the response.

1       Therefore, the United States is ORDERED to serve a copy of its response on Petitioner via Certified U.S. Mail within three (3) days of the date of this Order. The response, which is currently noted for September 21, 2018, shall be re-noted to October 12, 2018. Petitioner may file a reply to the response no later than the noting date.

      The clerk is ordered to provide copies of this order to all counsel. The clerk is further ordered to reset the noting date as indicated herein.

      Filed September 17, 2018.

                        William M. McCool
                        Clerk of Court

                        s/Paula McNabb
                        Deputy Clerk